IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN HORST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.   1:10-cv-3127 |
| vs. | ) | |
| | ) | |
| UNITED RECOVERY SYSTEMS, LP | ) | **JURY DEMAND ENDORSED HEREON** |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

NOW COMES the Plaintiff, JOHN HORST, by and through his attorney, MITCHEL E. LUXENBURG, and for his Complaint against the Defendant, UNITED RECOVERY SYSTEMS, LP, Plaintiff alleges and states as follows:

### PRELIMINARY STATEMENT

1.   This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereinafter the "FDCPA"), 15 U.S.C. § 1692, *et seq*.

### JURISDICTION AND VENUE

2.   Jurisdiction arises under the FDCPA, 15 U.S.C. § 1692, *et seq*.  Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b), as a substantial part of the events and omissions giving rise to the claim occurred within this District.

### PARTIES

3.   Plaintiff is an individual who was at all relevant times residing in Manchester, Maryland.

4.   Plaintiff is a "consumer" as defined in 15 U.S.C. § 1692a(3), as he is a natural person allegedly obligated to pay a debt.

5. At all relevant times, Defendant acted as a "debt collector" within the meaning of 15 U.S.C. § 1692a(6), in that it held itself out to be a company collecting a consumer debt allegedly owed by Plaintiff.

6. On information and belief, Defendant is a limited partnership of the State of Texas, which is licensed to do business in Maryland and which has its principal place of business in Houston, Texas.

## ALLEGATIONS

7. On or about March 10, 2010, Defendant' representatives and/or employees, including but not limited to individuals who represented themselves as Bobby Warfield and Katherine Mann, began contacting Plaintiff by telephone in attempts to collect the aforementioned alleged debt.

8. During one such telephone call, on or about March 10 2010, Defendant's representative and/or employee threatened that if payment arrangements were not made that day, Plaintiff's account would be "sent to litigation," thus implying and/or representing that the caller was an attorney and/or communicating on behalf of an attorney.

9. No payment arrangements were made on the day of the aforementioned telephone conversation, and to the best of Plaintiff's knowledge, no legal action has been initiated against him in an attempt to collect the alleged debt.

10. In its attempts to collect the aforementioned alleged debt, Defendant violated the FDCPA in one or more of the following ways:

    a. Threatening to take action that could not legally be taken and/or that was not intended to be taken, in violation of 15 U.S.C. § 1692e(5);

      b.      Falsely representing or implying that Defendant's employee was an attorney or was communicating on behalf of an attorney, in violation of 15 U.S.C. § 1692e(3); and

      c.      By acting in an otherwise deceptive, unfair and unconscionable manner and failing to comply with the FDCPA.

11.    As a result of Defendant's violations as aforesaid, Plaintiff has suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiff, JOHN HORST, respectfully prays for a judgment against Defendant as follows:

      a.      Statutory damages of $1,000.00 for each violation of the FDCPA;

      b.      All reasonable attorneys' fees, witness fees, court costs and other litigation costs incurred by Plaintiff; and

      c.      Any other relief deemed appropriate by this Honorable Court.

## JURY DEMAND

Pursuant to Civil Rule 38, Plaintiff hereby demands a trial by jury on all issues in this action, except for any issues relating to the amount of attorneys' fees and litigation costs to be awarded should Plaintiff prevail on any of his claims in this action.

Respectfully Submitted,

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (29092)
Attorney for Plaintiff
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 302 (phone)
(866) 551-7791 (facsimile)
Mitch@LuxenburgLevin.com